1104

No. 91–6593. MAHONEY v. VONDERGRITT. C. A. 1st Cir. Certiorari denied.

No. 91–6597. EGNER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 91–6601. MCMILLER v. HARTMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6602. RYAN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–6603. O'CONNOR ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6618. D. S. A. v. CIRCUIT COURT BRANCH 1 ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6620. ZULIANI v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 91–6621. BRANCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6631. HUTCHINGS VON LUDWITZ v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6637. DAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6639. CULLUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6640. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–6644. FULLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6655. KYLE v. STORY, WARDEN. C. A. 6th Cir. Certiorari denied.